## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| SCOMA CHIROPRACTIC, P.A., a Florida corporation, individually and as the representative of a class of similarly-situated persons, | )<br>)<br>)<br>) |
| Plaintiff, | ) Civil Action No: 2:17-CV-00183-UA |
| v. | ) **CLASS ACTION** |
| ALL CARE CONSULTANTS, INC., a Florida corporation, LISA GOLDBERG and JOHN DOES 1-5, | )<br>)<br>) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, SCOMA CHIROPRACTIC, P.A. through its undersigned attorneys, hereby dismisses this action without prejudice.

Respectfully submitted,

SCOMA CHIROPRACTIC, P.A.

By: s/Ryan M. Kelly
Ryan M. Kelly – FL Bar. 90110

ANDERSON + WANCA
3701 Algonquin Rd., Ste. 500
Rolling Meadows. IL 60008
Telephone: 847-368-1500
Fax: 847-368-1501
rkelly@andersonwanca.com

## CERTIFICATE OF SERVICE

      I hereby certify that on July 21, 2016, I electronically filed the foregoing Joint Stipulation of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

      /s/Ryan M. Kelly