UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SCOMA CHIROPRACTIC, P.A., a
Florida          corporation,
individually   and   as   the
representative of a class of
similarly-situated persons,

      Plaintiff,

v.                          Case No:  2:17-cv-183-FtM-99CM

ALL CARE CONSULTANTS, INC.,
a Florida corporation, JOHN
DOES 1-5, and LISA GOLDBERG,

      Defendants.

_____

## ORDER

This matter comes before the Court on plaintiff's Notice of Voluntary Dismissal (Doc. #20) filed on July 21, 2017, in response to the Court's Order to Show Cause (Doc. #19).  No answer or motion for summary judgment has been filed by any defendant, therefore a voluntary dismissal is appropriate and the Court will take no further action on the Order to Show Cause.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** without prejudice.  The Clerk shall terminate all

previously scheduled deadlines and pending motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this ___27th___ day of July, 2017.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Parties of record